**SO ORDERED.**

**SIGNED this 30 day of December, 2009.**



_____
**JOHN T. LANEY, III
CHIEF UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| Catherine Marjorie Allen, ) | |
| ) | Case No.: 09-41264-JTL |
| Debtor ) | |
| U S Bank National Association, as Trustee ) | |
| for SASCO 2007-WF1 by Wells Fargo ) | |
| Bank, N.A., the Servicing Agent, ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Catherine Marjorie Allen, Debtor ) | |
| Walter W. Kelley, Trustee ) | |
| ) | |
| Respondents ) | |

**ORDER ON MOTION FOR RELIEF FROM STAY**

The above matter is before the Court pursuant to the creditor's Motion for Relief from the Automatic Stay. Good cause having been shown,

IT IS HEREBY FOUND that Movant's security interest in the real property of the Debtor located at 6 Montana Way, Henderson, Nevada is not adequately protected. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Movant, its successors and assigns, should be and hereby is granted relief from the automatic stay imposed by 11 U.S.C. § 362(a), and Movant, its successors and assigns, is hereby authorized to proceed with the exercise of its private power of sale and to foreclose under its deed of trust and the appropriate state statutes.

FURTHER ORDERED that upon the completion of the foreclosure sale, any funds in excess of the payoff due to Movant under its note and deed of trust shall be paid to the Trustee for the benefit of the estate.

( X ) (This paragraph applies only if checked). This order shall become effective immediately upon entry.

**END OF DOCUMENT**

ORDER PREPARED AND
SUBMITTED BY:

/s/ Ernest Kirk, II
Ernest Kirk, II
State Bar No. 423500
Denney, Pease, Allison & Kirk
P. O. Box 2648
Columbus, Georgia 31902-2648
(706) 324-3711

**DISTRIBUTION LIST**

Catherine Marjorie Allen
942 52nd Street
Columbus, Georgia  31904

Brace W. Luquire, Esq.
P. O. Box 2684
Columbus, Georgia  31902

Ernest Kirk, II, Esq.
Denney, Pease, Allison & Kirk
P. O. Box 2648
Columbus, Georgia 31902-2648

Walter W. Kelley
Chapter 7 Trustee
P. O. Box 70879
Albany, Georgia  31708

Anthony E. Maselli, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102